```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3095 |
| | ) | |
| V. | ) | |
| | ) | |
| JESUS MENDIBIL, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant's counsel of record, Michael D. Nelson, has moved to withdraw due to a conflict of interest.  Filing 31.  The above-named defendant is eligible for appointed counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

(1) The motion to withdraw filed by attorney Michael D. Nelson, filing 31, is granted.  Mr. Nelson shall promptly notify the defendant of the entry of this order.  The clerk shall delete Mr. Nelson from any future ECF notifications herein.

(2) The Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20) bearing the name and other identifying information of the CJA Panel attorney identified in accordance with the Criminal Justice Act Plan for this district.

(3) The newly appointed counsel shall promptly file an entry of appearance on behalf of the defendant.

DATED this 2nd day of September, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge